Case 5:16-cv-01699-MHH   Document 17   Filed 11/02/16   Page 1 of 3

FILED
2016 Nov-02 AM 07:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **GLENDA LOCKHART** and **STRAIGHTLINE DRYWALL & ACOUSTICAL, LLC,** | ) ) ) ) |
| **Plaintiffs,** | ) **UNOPPOSED** ) ) |
| vs. | ) **CIVIL ACTION NO.:** ) **5:16-cv-1699-MHH** |
| **ANA FRANKLIN,** individually and in her official capacity as Sheriff of Morgan County, Alabama, **CHAD SMITH,** individually and in his official capacity as Deputy Sheriff of Morgan County, Alabama, **ROBERT WILSON,** individually and in his official capacity as Deputy Sheriff of Morgan County, Alabama, and **BLAKE ROBINSON,** individually and in His official capacity as Deputy Sheriff of Morgan County, Alabama, | ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

---

### MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT CHAD SMITH WITHOUT PREJUDICE

---

COME NOW, the Plaintiffs, Glenda Lockhart and Straightline Drywall and Acoustical, LLC, by and through their undersigned attorneys of record, and

pursuant to FRCP Rule 41(a), hereby move this Court to dismiss all claims against Defendant Chad Smith without prejudice. In support of this Motion, the Plaintiffs represent that counsel for the Defendants has been contacted and this motion is unopposed.

                                              Respectfully submitted,

                                              /s/ Brandy M. Lee
                                              Brandy M. Lee

                                              /s/ Brice M. Johnston
                                              Brice M. Johnston

                                              Counsel for Plaintiff

OF COUNSEL:

**Lee Law Firm, LLC**
403 Ninth Avenue
Jasper 35501
Phone: (205) 328-9445
Fax: (800) 856-9028

**Johnston Law Firm, P.C.**
2100 First Avenue North
Suite 600
Birmingham, Alabama 35203
Phone: (205) 328-9445
Fax: (800) 856-9028

## **CERTIFICATE OF SERVICE**

I certify that on November 2, 2016, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

                /s/ Brice M. Johnston
                OF COUNSEL