## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **GLENDA LOCKHART, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **5:16-cv-1699-MHH** |
| **ANA FRANKLIN, et al.,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

## THIRD AMENDED COMPLAINT

COME NOW, the Plaintiffs, Glenda Lockhart and Straightline Drywall and Acoustical, LLC, by and through their undersigned attorneys of record, and hereby submit this Third Amended Complaint against the Defendants, Ana Franklin, Robert Wilson, Blake Robinson and Justin Powell ("Defendants"), as follows:

## PARTIES

1.      Plaintiff Glenda Lockhart (hereinafter "Lockhart", "Glenda Lockhart" or "Plaintiff Lockhart") is an individual resident of Morgan County, Alabama who is over the age of nineteen (19).

2.      Plaintiff Straightline Drywall & Acoustical ("Straightline") is a limited liability company with its principal place of business located in Morgan County, Alabama, at 219 5th Avenue, Falkville, Alabama 35622.

3.      Defendant Ana Franklin ("Franklin") is the Morgan County, Alabama

1

Sheriff. She is being sued in her individual capacity.

4.      Defendant Robert Wilson ("Wilson") is a Morgan County, Alabama Deputy Sheriff. He is being sued in his individual capacity.

5.      Defendant Blake Robinson ("Robinson") is a Morgan County, Alabama Deputy Sheriff. He is being sued in his individual capacity.

6.      Defendant Justin Powell ("Powell") is a Morgan County, Alabama Sheriff department employee. He is being sued in his individual capacity.

**STATEMENT OF FACTS**

**Background**

7.      Lockhart is a member and owner of Straightline. Lockhart is President of Straightline.

8.      Formed in 2005, Straightline primarily installs specialty drywall and acoustical products in federal structures. It currently has 31 full time employees.

9.      Prior to October 6, 2016, Straightline's office in Falkville, Alabama contained paper files and electronic devices storing sensitive information related to its business.  Among this information was federally certified payroll records and invoicing documentation, as well as detailed plans for prospective future projects. Straightline's paper files, electronic devices (and the software installed on them), and the information contained in the files and devices, are all extremely valuable.

10.      In addition to her work with Straightline, Lockhart maintains and

2

regularly contributes to a blog known as the Morgan County Whistleblower (hereinafter "the Whistleblower Blog").[1]

11.    The Whistleblower Blog began October 16, 2015.

12.    A substantial portion of the Whistleblower Blog's content is devoted to investigating and exposing public corruption by employees of the Morgan County Sheriff's Department, including Franklin. Each of the Defendants have been the subject of multiple blog posts concerning their reported actions and inactions.

13.    Until October 6, 2016, Lockhart contributed to the Whistleblower Blog from her personal computer, which was normally kept at Straightline's principal office.

14.    Neither Lockhart, nor anyone associated with Lockhart or Straightline, sent or received any confidential work product of the Morgan County Sheriff's Office in connection with the Whistleblower Blog or otherwise.

## Whistleblower Blog Reports

15.    In June 2015, Franklin invested for her personal interest $150,000 of funds collected in the Morgan County jail food account into Priceville Partners, LLC, d/b/a Performance Auto Sales ("Priceville Partners"), a used car and title loan

---

[1] See www.morgan.morgancountywhistleblower.com

business owned and operated by convicted felon Greg Steenson.[2]

16.    Robinson also invested in Priceville Partners.

17.    Robinson also owned and operated a car wash that was located at the
Priceville Partners' business location in Hartselle, Alabama and was devoted to
detailing vehicles purchased by Priceville Partners prior to resale.

18.    While his car wash was in operation, Robinson worked there on an
almost daily basis, and he was paid a total of approximately $38,000 for car detailing.
Upon information and belief, these funds were shared between Robinson and
Franklin's ex-boyfriend, Steven Zaija.[3]

---

[2] Initially, Franklin represented the $150,000 investment came from her
retirement account, eventually paid this money back to the jail food account. See
**Exhibit A**, Letter from Barnes Lovelace, Esq. to Plaintiffs' counsel dated January
19, 2017 and subsequent email correspondence in which Franklin attempted to
intimidate Glenda Lockhart (with the threat of criminal charges) into removing
evidence of Franklin's violation of a federal Consent Decree from the Whistleblower
Blog.

Honorable Abdul Kallon held Franklin in contempt of court for taking this
money in violation of a federal Consent Decree. See Remkus, Ashley. "*Sheriff held
in contempt and ordered to pay $1,000 fine for jail meal controversy*", Al.com, June
15,                    2017,                   available                    at
http://www.al.com/news/huntsville/index.ssf/2017/06/alabama_sheriff_food_mone
y_jai.html

[3] In November 2017, Franklin's ex-boyfriend Steven Zaija was charged with
twelve felonies in connection with his role in Priceville Partners, LLC. See Beahm,
Anna. "*Alabama ABC agent Zaija, from Morgan County, indicted on 12 felonies*",

4

19.     The Whistleblower Blog regularly reported on Franklin and Robinson's involvement in and corruption related to Priceville Partners as well as other corruption involving Defendants.

20.     This reporting from Glenda Lockhart began on the Whistleblower Blog's predecessor "Star Watch of Morgan County, Alabama" and continued thereafter on the Whistleblower Blog through October 2016, as follows:

- **September 25, 2015**
  - At first we didn't think much about this, but then we thought about it a little more. Why would a MCSO patrol car be washed/cleaned up at a car lot in Hartselle?
  - Isn't that Steven Ziaja's car lot! Isn't the Sheriff Ana Franklin's boyfriend? We bet it's done for free. We also bet you will never know. It's only taxpayer money, 'discretionary funds' or not.
- **November 3, 2015:** *What Happens to All of the Property Taken in Forfeitures and Seizures by MCSO*?
  - Told by an informant that seized vehicles were being sold to Priceville Partners, LLC.
- **November 3, 2015:** *Steven Ziaja Hard at Work at The Decatur Title Mart - How far does Sheriff Franklin's tentacles stretch.*
- **November 3, 2015:** *Sheriff Worried. Who is Sharing My Information?*
  - We understand that the sheriff complained to the state that she was being stalked. Little did the sheriff know that we never have to leave our homes to obtain information.
- **November 3, 2015:** *Feathers Ruffled - Corrections Officers and More*
  - We also understand she is working with the State Attorney General's office to find a way any way to shut us down.

---

DecaturDaily.com, November 30, 2017, available at
http://www.decaturdaily.com/news/morgan_county/updated-alabama-abc-agent-ziaja-from-morgan-county-indicted-on/article_e6a9d9ff-02d0-55f3-8134-d4c92520d7f8.html

- **November 24, 2015:** *Breaking News - Robert Keith Felton - Morgan County Sheriff's Department Inmate/Work Release/Trustee*
  - The two inmates came rushing out of Sammy's and got into a White pickup truck that is said to be a vehicle off one of Ziaja's pay as you go car lots.
- **November 25, 2015**: *Why?*
  - Not shown is the bucket truck Sheriff Franklin purchased with MCSO funds from her boyfriend Steven Ziaja's pay as you go Title Mart car lot in Decatur for 4,900.
- **December 28, 2015:** *Franklin Unnerved*
  - We understand Ziaja is trying to distance himself from the Title Marts in case ALEA investigates the rumors of his silent partnership with the Title Marts.
- **January 4, 2016:** *Hartselle Title Mart - Steven Ziaja's Car Lot*
  - We noticed a few weeks ago that the Hartselle Title Mart that Steven Ziaja is part owner of was decreasing their inventory.
- **January 6, 2016:** *UPDATED - Steven Ziaja's Title Marts, Hoover, Trinity, Decatur, Hartselle, and Athens*
  - What is happening to Steven Ziaja's Title Mart's, from booming to dooming?
- **January 18, 2016:** *Shut er down boys*
  - Booger Car Lot Temporarily Closes.  Make Payments at the Priceville lot.
- **January 26, 2016**
  - Our question is, did any of the vehicles seized in drug raids end up on Steven Ziaja's car lots?
- **January 26, 2016**
  - We recommend that Mr. Collier send the State Troopers to one of Steven Ziaja's Title Mart's to get their oil changed.
- **January 29, 2016:** *Used car dealership partners in lawsuit over $3.2 million*
  - Harold Jeffreys, a former Decatur bank president, has filed a lawsuit claiming Greg Steenson, his partner in a Decatur used car dealership, swindled him out of $3.2 million.
- **January 29, 2016:** *Innocent people caught up in corruption*
  - Ana Franklin and Steven Ziaja has been a large part of our blog.  We have reported on Greg Steenson and his relationship with Ziaja.
- **January 29, 2016:** *Update on Steenson and One Local Company*

- o We received information from our sources that a local business owner Greg Steenson wrote Title Mart checks to a good friend of Ana Franklin and Ziaja.
- **January 30, 2016:** *Anonymous Comments Pouring In*
  - o We have received numerous private messages regarding Booger's Partnership with the Title Marts.
- **January 30, 2016**
  - o Also, Greg Steenson's first run in with the law.
- **January 30, 2016:** *He's Bad Bad 1 of 2*
  - o Pictures of Ziaja working at Performance Auto Sales in Decatur.
- **February 1, 2016:** *Disappointed in Deputy*
  - o We were told by a credible source this weekend that a deputy that we always believed to be a good deputy transported money between the Title Marts while on duty.
- **February 2, 2016:** *More Information*
  - o We reported yesterday from a lady who shared information on Greg Steenson and Steven Ziaja's partnership relationship.
- **February 9, 2016**: *Used car dealership partners in lawsuit over $3.2 million By Keith Clines For the Hartselle Courier-Journal*
  - o So how did Steven Ziaja become a silent partner without Mr. Jeffreys' knowledge?
- **February 10, 2016:** *Greg Steenson High Roller*
  - o Among other things Greg Steenson is a major contributor to the Alabama Ducks Unlimited Major Donors.
- **February 10, 2016:** *More on Steenson*
  - o I then asked about his relationship with Steenson he said "no comment".
- **February 12, 2016:** *Title Mart's - Steven Ziaja - Greg Steenson*
  - o As promised we placed a call to Steven Ziaja today.  We asked Ziaja about his relationship with Greg Steenson and the Title Marts.
- **February 15, 2016:** *Busy Morning*
  - o Ana is frustrated because the word got out that she may be involved in the Title Marts.  Not to mention the fraud, waste, and abuse of funds she is responsible for.
- **February 16, 2016:** *Title Marts*
  - o We can't help but wonder why deputy Robinson spent so much time at the Title Marts while on duty.  Our sources say that he made the rounds at the Title Marts.

7

- **February 16, 2016:** *Title Marts*
  - We learn more about the Title Marts every day.  It is amazing that so many people are involved.
- **February 16, 2016:** *ABC Agent Ziaja AKA Known as Silent Partner in the Title Marts*
  - ABC agents bust alleged shot house, arrest 1 in Decatur
- **February 16, 2016:** *Performance Auto Sales AKA Title Mart - Decatur, Alabama*
  - February 12, 2016 - We reported that we observed Decatur PD at Performance Auto Sales AKA Title Mart, Decatur, Alabama.
- **February 17, 2016:** *More on the Title Marts*
  - Why hasn't the Alabama Law Enforcement Agency stepped up to the plate and initiated an investigation into Ziaja and Franklin's involvement with the business.
- **February 19, 2016:** *Performance Auto Sales Aka Title Marts*
  - What part did Steven Ziaja play in the purchases of personal goods using dealership money?  What part does Ana Franklin, MC sheriff play in the Title Marts?
- **February 19, 2016:** *Tired of the Title Marts*
  - Folks, I am as tired of the Performance Auto Sales AKA Title Marts as you are
- **February 20, 2016:** *Touching Nerves*
  - We tried to ask Venegoni, Ziaja, and Franklin about the Title Marts and their roles in the dealerships but to no avail.
- **February 23, 2016:** *Another party joins lawsuit over loans to used car dealer*
  - If Ziaja is so angry at Steenson why did he clean out Steenson 40ft boat last week before it was moved to Florence?  There is a history of Ziaja and the boat with the previous owner.
- **February 24, 2016:** *Performance Auto/Title Marts - As We Have Reported - Time Will Tell*
  - I spent a lot of time last night thinking about this cluster we call Performance Auto's AKA Title Marts.
- **February 26, 2016:** *Recap I*
  - Franklin, Steven Ziaja, Franklin's boyfriend, ALEA, entrepreneur, and, based on his own admission, of being part owner in Performance Auto.

8

- **February 26, 2016:** *Title Mart Saga Again*
  - o One of our avid readers says don't forget Ana and the Title Marts. Ana bought some of her best vehicles at the Title Marts.
- **February 26, 2016:** *Title Mart Saga - As the World Turns*
  - o It appears that the Title Mart hearing was postponed again today. Someone is objecting to the car lot's liquidation.
- **February 29, 2016:** *Ana Franklin, Alyssa Franklin, Steven Ziaja, Greg Steenson where is Big Luther when you need him?*
  - o Priceville Partners, LLC Sheriff Franklin's boyfriend Steven Ziaja, silent partner for the Performance Auto Sales/Title Marts.
- **February 29, 2016:** *News Break - Steven Ziaja had Four Promissory Notes Recorded Totaling 546,000.00 on December 23, 2015*
  - o We begin our research of Performance Auto Sales late April - Early May 2015. We begin our blog in October 2015.
- **February 29, 2016:** *Sheriff Ana Franklin Is It True?*
  - o Is it true you went from borrowing $5,000 in 2013...to investing in the company!!
- **March 1, 2016:** *Were you angry last night –*
  - o We noticed on some of Ziaja's promissory notes that he and Steenson were to split the profit 50/50.
- **March 2, 2016:** *Decatur On Line Yard Sale - Title Marts*
  - o OK! Title Mart owner's folks on the Decatur online yard sale re complaining because the dealership telephone number has been disconnected and they can't pay their bills.
- **March 2, 2016:** *More Promissory Notes*
  - o We were asked to post all the promissory notes that Steven Ziaja has with the Title Marts. Please see below.
- **March 2, 2016:** *Title Mart Promissory Notes - Steven Ziaja*
  - o In reviewing the Promissory Notes that was probated on December 23, 2015. I noted that Ben Jefferys signed the $526,000.00 promissory note dated October 2015.
- **March 3, 2016:** *Ana Franklin Borrowed Money from The Title Mart in 2013*
  - o Why would Sheriff Ana Franklin take out a Title Loan from Performance Auto Sales in 2013 for $5,000.00?
- **March 3, 2016:** *Steven Ziaja on the Job*

9

- o It's back to the grindstone for Ziaja.  Now that Performance Auto Sales AKA Title Marts has closed, Ziaja is back to his real job.
- **March 9, 2016:** *Performance Autos, Titles, and All in the Family*
  - o It should be noted that Franklin borrowed the money from Performance Auto Sales before her boyfriend Steven Ziaja partnered with Greg Steenson.
- **March 10, 2016:** *Ana Franklin/Steven Ziaja in The Middle of the Title Mart Legal Battles*
  - o How did Sheriff Ana Franklin go from taking out a $5,000.00-dollar loan at the Title Marts to investing $150,000.00?
- **March 10, 2016**
  - o Used car dealership in dispute files for bankruptcy; Morgan sheriff listed as creditor
- **March 10, 2016:** *By Keith Clines Staff Writer*
  - o A Decatur used car dealership that is the subject of a lawsuit between its partners has filed for bankruptcy in federal court with a list of creditors that includes Morgan County Sheriff Ana Franklin.
- **March 10, 2016:** *The New Ethics Laws*
  - o Does Franklin's investment in the Title Marts mean that she broke another ethics law when she purchased the bucket truck for $4,200.00 from the Title Marts?
- **March 10, 2016:** *Steven Ziaja's Investment in the Title Marts Along with Sidekick Sheriff Ana Franklin*
  - o The Daily states that Ziaja loaned the Title Marts $504,999.54, yet the Probate Judge's online records reflect that as of December 23, 2015, Ziaja had $846,000.00 dollars' worth of notes probated. There were four notes in all.
- **March 10, 2016:** *Polly Ana or Polygraph Ana*
  - o Ana said she put her hard-earned retirement and savings in after Ziaja did.   How does someone go from borrowing $5,000.00 from the Title Mart in 2013 to an investor of $150,000.00 dollars?
- **March 11, 2016:** *Excerpts from Sheriff Ana Franklin's Candidate and Elected Official Campaign Finance Report Summary Form 1 and 2*
  - o Sheriff Ana Franklin claims she didn't know Greg Steenson when she invested in the Title Marts.

- **March 11, 2016:** *Ana Franklin and Greg Steenson's Family Relationship*
  - Since Steven Ziaja and Ana invest with Greg Steenson in the Title Marts.
- **March 11, 2016:** *Ana Franklin and the Decatur Daily*
  - If Sheriff Ana Franklin is under the RSA Retirement Systems of Alabama she cannot use her retirement funds until after she either retires or is terminated.
- **March 11, 2016:** *Steven Ziaja and Ana Franklin - Statement of Economic Interests*
  - Folks, we find it interesting that Steven Ziaja forgot to report his investments of 846K to the Priceville Partners, LLC for 2014 and 2015.
- **March 11, 2016:** *Fielding Questions*
  - We have been fielding questions all day regarding how Sheriff Ana Franklin and ALEA Agent Steven Ziaja could possibly afford to sink so much money into Performance Auto.
- **March 11, 2016:** *Excerpts from Sheriff Ana Franklin's Candidate and Elected Official Campaign Finance Report Summary Form 1 and 2*
  - Sheriff Ana Franklin claims she didn't know Greg Steenson when she invested in the Title Marts.
- **March 14, 2016:** *Scrambling*
  - We understand Cathy Brewer is retiring and as of March 31, 2016. The MCSO employees we are aware of cannot afford to invest in the Title Marts.
- **March 17, 2016:** *Another No-Show Week for Sheriff Ana Franklin*
  - We have been wondering how booger is fairing. He claims to have a loss of almost 500k. So! Why does he have promissory notes for 846K?
- **March 18, 2016:** *From One of our avid readers*
  - We have two law enforcement agents investing in this type of business? No one is talking about this. Is the ALEA investigating Ziaja?
- **March 18, 2016:** *Sheriff Ana Franklin*
  - Wonder why she didn't drive one of the Title Mart cars from the dealership?
- **March 23, 2016:** *Used Car Dealerships Post Comments*

- o Flog my Wheels wanted to let the whistleblower know that all used car dealerships are not bad.  We realize that all used car dealerships are not bad.
- **March 23, 2016:** *Governor fires ALEA leader after investigation finds possible misuse of funds*
    - o Folks, many of you have been asking why the ALEA Director hasn't acted against Steven Ziaja in the Title Mart Dealership.
- **March 24, 2016:** *Priceville Partners aka Title Marts*
    - o The below comments are from a person who claims to have stumbled across our blog this morning.
- **March 28, 2016:** *Law enforcement officials' investment choice questionable*
    - o Title loan businesses prey on poor desperate people, and The Daily has in the past taken a critical stance against such businesses.
- **March 28, 2016:** *Dash Cams and more*
    - o She has ignored employee's rights, she has underpaid employees for over four years, she has invested in Title Marts with her cousin.
- **April 2, 2016:** *Treetrimmer*
    - o The communications we received from 'treetrimmer" were negative towards everyone involved in the Title Marts except for Greg Steenson, Sheriff Ana Franklin, and the sheriff's boyfriend Steven Ziaja.  Hum!
- **April 4, 2016:** *Work in progress*
    - o Hey! Nobody forced Franklin to borrow 5K from the Title Marts, nobody forced Franklin to accept campaign donation funds from the Title Marts.
- **April 5, 2016:** *Ana is preparing for her Rodeo*
    - o Our next question is how did you come up with the $150,000.00 you said you invested in the Title Marts? Why did you take campaign donations from the Title Marts?
- **April 6, 2016:** *Payday lending reform bill clears Senate, moves to House*
    - o Folks, if you want to know why Steven Ziaja an Alabama Law Enforcement Agent and his girlfriend Sheriff Ana Franklin
- **April 8, 2016:** *Title Mart Update*
    - o We have spoken to a lot of folks regarding Steenson and his previous conviction and according to our sources this sounds like a repeat.
- **April 10, 2016:** *Mama Tried*

- o We do not understand how Alabama Law Enforcement Officer Steven Ziaja invested $846,000.00 into the Title Marts and his girlfriend Sheriff Ana Franklin invested $150,000.00.
- **April 18, 2016:** *Say it ain't so Ana*
  - o We soon realized that one of Franklin's outside interest was investing in the Title Marts along with Steven Ziaja, Alabama Law Enforcement Agent.
- **April 26, 2016:** *Another party joins lawsuit over loans to used car dealer*
  - o I did not see any lawsuits filed by Steven Ziaja, Ana Franklin, or Robert Wilson.  We did find promissory notes totaling $846,000.00 probated in Morgan County by Steven Ziaja.
- **April 27, 2016:** *Dumpster Diving Performance Auto Sales*
  - o Blake Robinson, Chad Sain, Agent Venegoni, Steven Ziaja, and others.
- **April 27, 2016:** *Franklin and the Freudian Slip*
  - o Whoops! I thought I was back at Performance Auto Sales managing Alyssa and protecting my investment.
- **April 27, 2016:** *Commission finds Cleburne deputy violated ethics laws, refers case to DA*
  - o Would inmates working and cleaning up Performance Auto Sales vehicles be considered an Ethics Violation?
- **April 27, 2016:** *Mobile Sheriff pleads guilty to ethics violation, leaves office [Alabama]*
  - o Folks, we are very worried about the prisoner food account managed by Sheriff Ana Franklin.  Sheriff Franklin please be advised that inmates punishment is being in jail.
- **May 12, 2016:** *Wow! You are NOT going to believe this*
  - o Remember our post on the dumpster dive at Title Mart?  Well, your blogger has at last reviewed, dissected, and cataloged the results of the contents.
- **May 12, 2016:** *A Dumpster Divers Life*
  - o It has taken me forever to compile a working list of people involved in Performance Auto Sales.
- **May 13, 2016:** *Blake Robinson and LuLu Kelso employees of the Performance Auto Sales*

13

- o Did Robinson and Steven Ziaja share proceeds of Robinson's detail shop? Did Performance Auto Sales end up paying for all cleaning supplies?
- **May 16, 2016:** *Barney and the Billables*
  - o Gotta Hurry, Ana's in the building money money money. You put how much money in the Title Marts Steven?  Bones! You too?
- **May 16, 2016:** *Performance Auto Sales*
  - o Where did Steven Ziaja and Ana Franklin come up with an accumulative of $996,000.00 to invest.
- **May 20, 2016:** *Ana and the Dually Truck and Ziaja and his private stash of vehicles*
  - o Steven where and how did you obtain a large volume of vehicles?  How did you get them and where did you sale them?
- **May 20, 2016:** *Ana the Coward*
  - o Franklin, why would you use your daughter Alyssa to email us? What a coward you are.  Why didn't you use the golden child?
- **May 21, 2016:** *2014 Video recently posted*
  - o Ethics Violation number 13.  Isn't it true that Franklin bought a third horse trailer from the Title Mart that she had invested in?
- **May 22, 2016:** *Greg Steenson*
  - o From there it appears that Steven Ziaja jumped on the band wagon, and then Bones Wilson.
- **May 22, 2016:** *MCWB*
  - o It is very difficult to do when we have so many outside interferences such as the Title Mart saga.
- **May 23, 2016:** *To Megan from one of our use to be officers, Megan we think you hit a nerve*
  - o She completely fails to address doing business with a convicted felon Failing to request for raises for her deputies in her budget no in car or body cameras has spent thousands of dollars.
- **May 24, 2016:** *Correction from our reader - Questions from one of our readers.*
  - o I know a lot of these people that you talk about on the blog personally.  I was one of them.  I am familiar with the Performance Auto Sales.  I

know Ana, Steven, the Layton's, Greg, Jason, and many of the other "in crowd".

- **May 25, 2016:** *Sheriff Ana Franklin*
  - The posse, the misuse of funds, the misuse of inmate labor, materials, hiring of family and friends.
- **May 26, 2016:** *Ziaja Again*
  - Wow! Sounds like Ziaja sold another 20 vehicles... By the way Booger where did you get those vehicles you sold to the Title Mart?
- **May 28, 2016:** *More to Come*
  - Did you know that Sheriff Franklin's dad earned a little over $26,000 for odd jobs at the Title Mart. Ethics Violation?
- **June 2, 2016:** *Money by the pounds CORRECTED*
  - I am still amazed each time I hear another story about the Huge volume of money that was passed around in the Title Mart debacle.
- **June 3, 2016:** *Money Money Money*
  - Some of the documents that we have been going through reflect that both Steven Ziaja and Greg Steenson is/was involved in another auto dealership as well.
- **June 4, 2016:** *Correction and Proud of It*
  - We are happy to report that Deputy Mason did not buy two vehicles from the Title Mart as previously reported.
- **June 5, 2016:** *Deputies and More*
  - Tell me how your commander in chief came up with $150,000 to invest in the Title Mart with her cousin Greg Steenson.
- **June 5, 2016:** *More thoughts and comments*
  - Thinking about some of the folks that are hanging around all the drama and the blitz and wonder of the law enforcement officers involved with the Title Mart debacle and the posse reminds us as groupies.
- **June 6, 2016:** *Statement of Economic Interest*
  - Sheriff Ana Franklin has not filed her Statement of Economic Interest in over two years
- **June 7, 2016**
  - How can Ziaja sell so much stuff to Greg Steenson yet none of his close friends have even seen this stuff. Sheriff Ana Franklin buy, sell, or trade stuff she has apparently never owned.

15

- **June 8, 2016:** *Title Mart Dealership 2013*
  - Folks, when did Sheriff Ana Franklin and Special Agent Man Steven Ziaja say they first got involved with the Title Mart dealership?
- **June 9, 2016:** *Questions Greg Steenson, Ana Franklin and Steven Ziaja - She thinks (thought) my tractor's sexy*
  - Performance supposedly paid $14,965 for a 2004 Tractor.  Ana Franklin bought it...the exact same day.  Ana paid a total of $15,413.95.
- **June 14, 2016:** *Questions for Greg Steenson*
  - Greg, your hand-written lists of vehicles, trailers, campers, and cars you and Ziaja traded does not make any sense to me.
- **June 18, 2016:** *Facebook – Correction*
  - Folks, the below Facebook (FB) account for Chris Thomas was used as an alias for Steven Ziaja to buy and sell vehicles for Title Mart.
- **June 21, 2016:** *Title Mart Debacle - Where does it end?*
  - The Kite scheme that landed him in federal prison?
- **June 21, 2016:** *Greg Steenson pays back old personal debts using the Title Mart business account*
  - Prior to going to federal prison for a Kite scheme in 2004, Greg Steenson borrowed money from different people.  It seems that Greg Steenson abused his new-found employment with the Title Mart to settle some of those debts.
- **June 22, 2016***: Jeffreys v. Ziaja*
  - Rumor has it that Mr. Harold Jeffreys, one of the owners of the Title Marts, plans to file a lawsuit against Alabama Law Enforcement Officer Steven Ziaja.
- **July 5, 2016:** *Booger is broke, Ana is in love, The MCSO is broke, and Berzett is Acting Sheriff*
  - We hear that Agent Ziaja, Sheriff Ana Franklin, and Greg Steenson are still very good friends.
- **July 6, 2016:** *Enlightening Morning*
  - Where is the proof that this money ever made it into the Title Mart bank account?  How is Steven Ziaja going to prove he invested $846,000.00 into the Title Mart dealership?
- **July 8, 2016:** *Violence is not the answer*

- o The investments in the Title Marts by law enforcement officers and several other citizens is one of the biggest surprises yet.
- **July 8, 2016**
  - o Once the Title Mart business really started booming and the posse/rodeo money started pouring in, Franklin appeared in the sheriff's office less and less.
- **July 18, 2016:** *Steven Ziaja left behind*
  - o Booger even met with Franklin's cousin and buddy Greg Steenson and at Franklin's encouragement
- **July 19, 2016:** *Compliments of Sheriff Ana Franklin's Facebook*
  - o Sheriff Ana Franklin, Alabama Law Enforcement Agent Steven Ziaja, Alabama Law Enforcement Agent John Venegoni, and Blake Robinson.
- **July 20, 2016:** *Folks it has been brought to our attention*
  - o Robert Wilson aka Bones Wilson is the law enforcement officer we neglected to mention in our previous blog.
- **July 26, 2016:** *She's back...................*
  - o Alex's punishment was to ride shotgun with Blake Robinson.  Robinson started a detail business using the Title Mart building, cleaning supplies, utilities, and pressure washers (purchased by Steven Ziaja) from Title Mart money to run his operation.  Robinson made upwards of $38,000 which he shared a percentage of the proceeds with Steven Ziaja.
- **August 1, 2016:** *Comment on the blog from Missy Missy and others*
  - o According to our sources here is why all the Title Mart thugs are not the least bit worried about being arrested and charged with a Federal crime.
- **August 8, 2016:** *Booger and the River City Fitness Center*
  - o He spent hundreds of thousands of dollars on Sheriff Franklin just to be duped, suckered, and pulled into the Title Mart debacle that cost him another $846,000.00.  Geeze Ziaja.
- **August 9, 2016:** *Fresh*
  - o Most of the inmate charges we checked reflect multiple charges that is except for Greg Steenson whose charges reflect only a second-degree theft.  Really Ana?

- **August 9, 2016:** *Request for Comment from the Morgan County Sheriff and Morgan County Sheriff's Facebook*
  - We placed a phone call to Sheriff Ana Franklin at the Morgan County Sheriff's Office for comment on the arrest of Greg Steenson but was told that Sheriff Ana Franklin was not available for comment.
- **August 9, 2016:** *Limestone County Jail*
  - Greg Steenson part owner of the Performance Auto Aka Title Mart was arrested on August 8, 2016 and placed in the Morgan County Jail.
- **August 11, 2016:** *News Break...... Greg Steenson is out of jail*
  - Folks, it didn't take long for Greg Steenson to get out of jail. Somebody came up with a chunk of change to get Steenson out of jail. The needed over 28,000 dollars to bond Steenson out.
- **August 13, 2016:** *Bones Wilson investor in the Title Mart aka Bones The Dog Lover or Killer*
  - Folks, we decided to share some of the old news articles with some of the folks who chose to get themselves involved in the Title Mart business with Greg Steenson.
- **August 13, 2016**
  - Check out the Decatur Daily Article the Decatur Reporter Sheryl Marsh did on Sheriff Franklin Jan 15, 2012
- **August 16, 2016:** *Affidavit: Owner of bankrupt dealership sold cars he didn't own, Decatur Daily article August 15, 2016*
  - You forgot Alabama Law Enforcement Officer Steven Ziaja. Ziaja has promissory notes totaling $846,000.00. We don't want him to get jealous due to a lack of attention.
- **August 17, 2016:** *How can Sheriff Ana Franklin discipline her thugamuffins when they have been bad?*
  - Others jump in feet first as is the case with Bones Wilson, Steven Ziaja, and Blake Robinson. The money is great, and they are happy because they are "the in group" with the commander in chief.
- **August 22, 2016:** *Steven Ziaja leaving the Alabama Law Enforcement Office for Greener Pastures*
  - We can only assume that his reputation for investing $846,000.00 into the bankrupted Title Mart along with his part will be with our community for some time to come.

- **August 22, 2016:** *No known connection*
  - You know! I am beginning to wonder if all these unusual events surrounding so many of these folks to include Blake Robinson, Bones Wilson, John Venegoni, Ana Franklin, Alyssa Franklin, and a multitude of family and friends is coincidental.
- **August 27, 2016:** *Sheriff Franklin's Arrogance*
  - Franklin's partner Greg Steenson has been arrested on multiple felonies charges for his part in the Title Mart Ponzi scheme
- **August 29, 2016:** *Steven Ziaja leaving the Alabama Law Enforcement Agency for Greener Pastures*
  - We believe that Mr. Steenson was found guilty of being involved in a Kite Scheme involving several local banks. We believe one article identified Steenson as the middle man in the $8.5 million scheme.
- **August 30, 2016:** *Steenson Again*
  - We hear Steenson is completely confident that he will skate through the Title Mart debacle without another day in jail.
- **August 31, 2016:** *Franklin is in the building*
  - While reviewing some of the documentation we have accumulated, we found out that a member of the Sharp family also invested money in the Title Marts.
- **August 31, 2016:** *Franklin is in the building*
  - Also, in the news. While reviewing some of the documentation we have accumulated, we found out that a member of the Sharp family also invested money in the Title Marts.
- **September 1, 2016:** *Investors in the Title Mart*
  - One of the investors in the Title Mart debacle is a Ron Fields. We are trying to decipher the rest of the names.
- **September 3, 2016**
  - First to fall is Steenson. Then the next one, then the next one…. and then
- **September 9, 2016:** *Speaking of Arrests*
  - Sheriff Ana Franklin invested $150,000.00 into the Title Marts and ensured that her daughter secured a position with the Title Marts.
- **September 10, 2016:** *As advertised by Steven Ziaja*

- o Folks, Steven Ziaja advertised this Tahoe vehicle from Sheriff Ana Franklin house.
- **September 11, 2016:** *More Pics tomorrow revealing vehicles sold by Steve Ziaja*
  - o We also understand that Steven Ziaja wrote a check from the Mackey auto sales and provided the check to Sheriff Ana Franklin to deliver to Billable Barney along with approximately $28,000.00 in cash to keep Greg Steenson from going to jail.
- **September 12, 2016:** *Steven Ziaja - Alabama Law Enforcement Agent aka part owner of two Auto Dealerships*
  - o When did Ziaja have time to perform his real job?
- **September 15, 2016:** *Split but only so far*
  - o Folks, Steven Ziaja and Ana Franklin may be split but that doesn't keep Franklin from cleaning Ziaja's clock for having the pictures showing Title Mart vehicles at her house.
- **September 24, 2016:** *Sheriff Ana Franklin*
  - o Perhaps Franklin is going to start charging the county for storing her on a private stash of MCSO vehicles at her home.
- **October 4, 2016:** *801,237 reasons why*
  - o Folks, we have 801,237 reasons why Sheriff Ana Franklin is so determined to stop the whistleblower in their tracks.
- **October 5, 2016:** *Well! Here we go again the pots calling the Kettle black*
  - o Franklin ordered employees of the maintenance shop to order the parts for the repair of the vehicle.

## Investigation of Glenda Lockhart

21.     In 2016, Robinson worked as a firefighter with Daniel Lockhart at the

Falkville Fire & Rescue.

22.     Daniel Lockhart is the grandson of Glenda Lockhart. At the time,

Daniel Lockhart lived with Glenda Lockhart. He was approximately 19 years old

and was employed as a Laborer at Straightline.

23.     Robinson admittedly got close to Daniel Lockhart in January 2016. His purpose was to obtain information about the Whistleblower Blog and to ultimately try to shut it down and punish Glenda Lockhart and those who provided information to her for the Whistleblower Blog.

24.     Around this time, Franklin voiced to many that she wanted the Whistleblower Blog shut down and Glenda Lockhart arrested.

25.     In or around mid-2016, Wilson's involvement in the investigation of Glenda Lockhart increased.

26.     In July 2016, Wilson recorded a conversation with Daniel Lockhart.

## **Defendants Bribe Daniel Lockhart to Take Down His Grandmother and Cause Illegal Wiretap**

27.     In or around August 2016, Defendant Robinson contacted Daniel Lockhart to set up a meeting with him at the Falkville Post Office.

28.     At the meeting, Robinson told Daniel Lockhart that the Sheriff would pay him $1,000 for information on who was leaking information to his grandmother. Robinson was particularly interested in what information Glenda Lockhart had about Priceville Partners.

29.     Robinson told Daniel Lockhart that the purpose of obtaining this information was to terminate any Morgan County Sheriff's Office employees leaking information to the Whistleblower Blog.

21

30.     Daniel Lockhart was told that his grandmother was not a target in their investigation, and he agreed to help Robinson.

31.     In or around mid-September, 2016, Robinson texted Daniel Lockhart, "I have money for you".

32.     Daniel Lockhart understood that this meant it was time for him to begin gathering information from Plaintiffs if he was to be paid $1,000 as promised.

33.     Daniel Lockhart then assembled a binder containing information that he thought would be pleasing to Franklin and Robinson, which included a list of employees that had been talking to Glenda Lockhart. He had access to this information because he lived and worked with his grandmother and overheard conversations that Glenda Lockhart had with "whistleblowers" on a regular basis.

34.     On or about September 27, 2016, Powell met Daniel Lockhart at the Falkville Fire Department and gave him a thumb drive containing Ardamax Keylogger 4.6 software (the "Keylogger Software").

35.     Powell showed him how to use the Keylogger Software. He also gave Daniel Lockhart his cell phone number to call in case troubleshooting was needed when Daniel Lockhart was installing the Keylogger Software onto Plaintiffs' computers.

36.     Powell told Daniel Lockhart that the Keylogger Software would record keystrokes on Glenda Lockhart's computers in real time in a background file that

could be accessed using a password.

37.     Powell fully understood that Daniel Lockhart was going to use the Keylogger Software to obtain information concerning the Whistleblower Blog at the behest of Franklin and Robinson.

38.     Prior to giving the Keylogger Software to Daniel Lockhart, Powell spoke to Rickey Brewer, who was at the time head of information technology at the Morgan County Sheriff's Office.

39.     Mr. Brewer warned Powell that he should not give keylogger software to a confidential informant without a court order.  He explicitly explained to Powell that keylogging was like wiretapping.

40.     On September 28, 2016, Daniel Lockhart met with Franklin, Wilson, Robinson and Barney Lovelace, Franklin's attorney. The meeting was held in Franklin's office at the Morgan County Sheriff's Office.  At the meeting, Daniel Lockhart provided Franklin the binder he had prepared.

41.     Franklin handed Daniel $300 in cash for that information, but she told him that she needed more. Franklin instructed Daniel Lockhart to go get more information from Plaintiffs' computers and office.

42.     Daniel Lockhart told Robinson and Wilson that he would have to lie to his grandmother, Plaintiff Lockhart, in order to get into the Straightline office because he did not have legal access to it.

23

43.     Robinson and Wilson instructed Daniel Lockhart to do whatever he had to do to get into the Plaintiffs' computers and get information on employees giving Glenda Lockhart information for the Whistleblower Blog.

44.     Wilson specifically instructed Daniel Lockhart to go "pilfer around" at the Straightline office and gather information. These instructions amounted to an order from law enforcement that Daniel Lockhart commit a burglary of his grandmother's business.

45.     Franklin also lied to Daniel Lockhart, deceitfully telling him that the Whistleblower Blog was registered in his name and that it had been used to commit a felony. She told him that she would arrest him because of this registration if he was not cooperative in providing the Defendants the information they wanted.

46.     Wilson told Daniel Lockhart that his future career in the U.S. Army would be lost if he was convicted of such a felony.

47.     At the time Daniel Lockhart was 19 years old and believed the Morgan County Sheriff and her deputies.

48.     Further, Franklin, Wilson and Robinson threatened and coerced Daniel Lockhart at the September 28, 2016 meeting to keep his involvement in their "investigation" confidential. In the meeting, Franklin told him that if he told anyone about the discussions with the Sheriff or her deputies that he would be arrested.

24

49.     Before the meeting ended, Daniel Lockhart completed paperwork identifying him as a "Confidential Informant # 88".

50.     At their direction, Daniel Lockhart told his grandmother that his girlfriend needed to use the Straightline office Wifi for homework, and relying upon this false statement, Glenda Lockhart let Daniel Lockhart borrow her key to the Straightline office.  Daniel Lockhart then had the key duplicated so that he could return to gather information at the instruction of the Defendants.

51.     On or about September 30, 2016, Daniel Lockhart trespassed into the Plaintiffs' business, took pictures and "pilfered" files, and installed the Keylogger Software on Plaintiffs' business and home computers with troubleshooting assistance by phone from Powell. The Keylogger Software gave Daniel Lockhart Plaintiffs' passwords to email, the Whistleblower Blog and a Facebook account.

52.     While Daniel Lockhart was on Straightline's property, Robinson maintained a "perimeter" in the immediate vicinity for the purpose of alerting Daniel Lockhart if Glenda Lockhart approached her office.

53.     Thereafter, Daniel Lockhart met with Wilson at a Lowe's parking lot where he provided all of the data and files he had collected. He gave Wilson Plaintiffs' passwords he had obtained by using the Keylogger Software.

54.     Wilson paid Daniel Lockhart an additional $200 in cash.

55.     The installation of the Keylogger Software was performed without

Plaintiffs' knowledge or consent.

56.    No warrant was obtained from any judicial forum prior to installing the Keylogger Software.

57.    According to its specifications, the Keylogger Software has the following features:

- Keylogger logging
  - Records all typed Keyloggers, passwords and hidden characters

- Browser capturing
  - Records a log of all websites visited for all browsers

- Webcam recording
  - Periodically makes webcam pictures and stores them to log

- Email log delivery
  - Keylogger can send you recorded logs through e-mail delivery at set times allowing for remote monitoring

- FTP delivery
  - Adamax Keylogger can upload recorded logs through FTP delivery

- Microphone recording
  - Record voice from the microphone with real-time compression

58.    The Keylogger Software remained installed on Plaintiffs' computers until they were seized on October 6, 2016 (as provided below), and on information and belief, the Defendants accessed Plaintiffs' private electronic communications using the Keylogger Software.

59.    More specifically, Defendants intercepted Plaintiffs' electronic communications in real time using the Keylogger Software and had immediate access to all keystrokes on Plaintiffs' computers.

60.    Defendants used the information obtained in their interceptions against Plaintiffs in their efforts to shut down the Whistleblower Blog.

## Search Warrants Issued

61.    On October 4, 2016, Robinson signed a false and misleading affidavit in order to obtain a warrant to search Leon Bradley's home.  Leon Bradley was the Morgan County jailer at the time and was a source for the Whistleblower Blog. Robinson willfully, maliciously, fraudulently, in bad faith, beyond his authority, or under a mistaken interpretation of the law, made material misrepresentations and/or omissions in order to obtain the warrant.

62.    On October 5, 2016, Robinson signed a false and misleading affidavit in order to obtain a warrant to search Plaintiffs' property.

63.    Despite Robinson's representations, there was no possible legal basis for the Defendants' actions, as the Plaintiffs possessed no work product of the Morgan County Sheriff's Department and Defendants failed to disclose that they bribed Daniel Lockhart to obtain evidence without a warrant in order to be in a position to request a warrant from Judge Thompson.

64.     Any information Plaintiffs possessed was not confidential, was made publicly available and/or was lawful to possess.

65.     Accordingly, no charges were brought against Glenda Lockhart.

66.     Robinson willfully, maliciously, fraudulently, in bad faith, beyond his authority, or under a mistaken interpretation of the law, made material misrepresentations and/or omissions in order to obtain the warrant.

67.     Defendants first unsuccessfully attempted to obtain assistance from the Madison County Sheriff's Department to cause the search warrants to be issued. In conversations with the Chief Investigator for the Madison County Sheriff's Office, Mike Salomonsky, Defendants revealed that they were gathering information by using keylogger software. Further, Franklin, Wilson and Robinson refused to allow access to the confidential informant. For obvious reasons, the Madison County Sheriff's Department declined to get involved with Defendants' investigation.

68.     Without the support of the Madison County Sheriff's Department, Defendants directly approached Morgan County Circuit Court Judge Glenn Thompson and requested that he issue a search warrant allowing them to search certain property located at Straightline's office. Based on the Defendants' representations and/or misrepresentations made willfully, maliciously, fraudulently, in bad faith, beyond their respective authority, or under a mistaken interpretation of the law, Judge Glenn Thompson issued the requested warrant.

28

## October 6, 2016

69.     On October 6, 2016, Defendants Wilson and Robinson arrived at Straightline's office and seized several paper files as well as every computer and electronic device present. In total, several paper files and fourteen electronic devices were taken by the Defendants from the Plaintiffs, all while the Defendants were acting willfully, maliciously, fraudulently, in bad faith, beyond their respective authority, or under a mistaken interpretation of the law and acting under color of state law.

70.     Without these files and devices, Straightline could not conduct business.

71.     All of the information contained on the paper files and seized electronic devices could have been duplicated in less than a day, and the files and devices could have been returned to the Plaintiffs immediately thereafter.

72.     However, seventeen (17) days elapsed from when the Defendants caused the taking of the Plaintiffs' electronic devices until they were returned. This retention was an unreasonable amount of time under the circumstances and violated Plaintiffs' right under the First and Fourth Amendment. Moreover, when the electronic devices that were returned were returned, many of them were badly damaged or inoperable as a result of the Defendants' handling of them, further constituting unlawful conduct under the First and Fourth Amendment.

29

73.     Many of Plaintiffs' electronic devices were never returned. This has negatively impacted Straightline's business and continues to place the continuation of Straightline's business in jeopardy, further violating Plaintiffs' right under the First and Fourth Amendment.

74.     In addition to the unlawful taking of Plaintiffs' electronic devices, the Defendants also unlawfully took numerous paper files containing completed contracts, bids, change orders, accounts payable and receivable, certified payroll records, and miscellaneous correspondence. None of the paper files have been returned, which has negatively impacted Straightline's business and continues to place the continuation of Straightline's business in jeopardy, further violating Plaintiffs' right under the First and Fourth Amendment.

75.     Also taken by the Defendants from Straighline's business were documents related to Priceville Partners.  They were loaded into Wilson's patrol car and were never returned.

76.     Upon information and belief, Wilson and/or other Defendants maliciously destroyed these documents to conceal their corruption.

77.     Moreover, these documents did not fit within the description of the information sought as indicated by the warrant.

78.     Any basis presented by the Defendants to Judge Thompson for the seizure of Straightline and Lockhart's electronic devices, paper files and/or

electronic devices was false and/or misleading.

79.     The Defendants' unlawful and unjustified actions were taken in an effort to suppress and retaliate against Lockhart's lawful speech made in the Whistleblower Blog. The Defendants' actions were made willfully, maliciously, fraudulently, in bad faith, beyond their respective authority, or under a mistaken interpretation of the law.

80.     The electronic devices seized by the Defendants and belonging to Straightline consisted of specialized computer equipment containing four years of tax information, payroll, accounts receivable, accounts payable, five million dollars of ongoing contract data, and approximately $35,000 in software.

81.     Straightline was unable to duplicate the information contained on the electronic devices seized. Moreover, Straightline could not conduct business without access to the information contained on the devices.  Also, despite the subsequent return of the electronic devices, Plaintiffs remain unable to access all of their vital information given the condition in which they were returned.

82.     As a result of the warrant, the Defendants unlawfully seized Plaintiffs' property, withheld it for an unlawful period of time, returning some of the property damaged and some not at all.

## Shopping Prosecution of Glenda Lockhart

83.     Prior to the Etowah County District Attorney's Office ultimately

accepting the role of prosecuting Leon Bradley for one charge of misdemeanor computer tampering (which prosecution has since been dismissed as discussed below), Franklin and/or her attorneys shopped the prosecution of Glenda Lockhart and Leon Bradley to the following law enforcement agencies, all of whom declined to assist:  Alabama Law Enforcement Agency (ALEA), Attorney General for the State of Alabama, Madison County Sheriff's Department, Limestone County Sheriff's Department and the Federal Bureau of Investigations (FBI).

84.    Moreover, despite Defendants being hellbent on Glenda Lockhart's prosecution, no outside law enforcement agency would take the case.

## December 7, 2016

85.    On December 7, 2016, WAFF 48 News published the following slanderous statement made by Defendant Franklin against Plaintiff Lockhart:

> "Nothing was ever done in retaliation to Ms. Lockhart during the number of years that this blog has gone on. Not until her personal agenda, her hatefulness and her vengeance to try and tear this office down, to take this office and myself down, and prepare for another election, ***did she cross the line of criminal activity***," Franklin said. "Citizens are able to have their opinion. They're able to exercise their rights. They're able to discuss freely their opinions politically and personally about me and my office. ***But they are not able to take criminal actions against this office*** or any other citizen without being held accountable."

(***Emphasis added***).

86.    Defendant Franklin's statement, which falsely accuses Plaintiff

Lockhart of criminal activity, amounts to slander per se.

## Judge Thompson Orders Suppression and Return of Evidence

87.     On April 27, 2018, following the testimony of eleven (11) witnesses in support of Leon Bradley's Motion to Suppress evidence obtained when Defendants' raiding Plaintiffs' and Leon Bradley's property, Honorable Judge Glenn Thompson ruled, and Plaintiffs hereby aver, as follows:

1. Ana Franklin and Blake Robinson of the Morgan County Sheriff's Department deliberately misled this Court for the purposes of obtaining search warrants for Leon Bradley's residence and Glenda Lockhart's business known as Straight Line Drywall.

2. The Court finds the following specific facts were intentionally withheld from this Court at the time the search warrants at issue were requested:

   i.   That the confidential informant, Daniel Lockhart, was a paid agent of the MCSD.

   ii.  That the MCSD made threats of incarceration to Daniel Lockhart in order to secure the level of cooperation from him sought by the MCSD in order for their investigation to proceed forward.

   iii. That the MCSD instructed the confidential informant to unlawfully enter the business Straight Line Drywall owned by Glenda Lockhart, to access and remove files and/or documents from her business for purposes of providing the documents and information to the MCSD. Further, the confidential informant was instructed to enter Straight Line Drywall in order to obtain passwords and unlawfully access computers and email accounts for the purposes of forwarding said information to the MCSD.

   iv.  That the MCSD provided their confidential informant with a keylogger/keystroke software program to be unlawfully installed on the computers at Straight Line Drywall.

33

      v. On or about September 30, 2016, while the confidential informant was gathering documents, information and accessing computers pursuant to the request of the MCSD, Blake Robinson was maintaining a "perimeter" in the immediate vicinity of Straight Line Drywall for the purposes of alerting the confidential informant of the business owner's approach or return to her office.

      vi. That the MCSD threatened to arrest the confidential informant in the event he disclosed to anyone that he was working as their informant.

3. The Court further finds the following pertinent specific facts elicited from witnesses at the hearing are relevant to this Order:

      i. That the MCSD "shopped" or sought assistance with the prosecution of both Leon Bradley and Glenda Lockhart from multiple agencies which include but are not limited to the Morgan County District Attorney's office, Madison County Sheriff's Department, Limestone County Sheriff's Department, Alabama Law Enforcement Agency (ALEA). Each agency mentioned above declined to assist the Morgan County Sheriff's Department relative to the prosecution of Leon Bradley and Glenda Lockhart.

      ii. That prior to the issuance of the search warrants, Ana Franklin met with an investigator from Madison County Sheriff's Department for purposes of seeking their assistance in the prosecution of Leon Bradley and Glenda Lockhart. During this meeting, Ana Franklin acknowledged that she knew about the keylogger or keystroke program and further indicated that she was awaiting information to be provided by the keylogger or keystroke program.

      iii. That "informally" the subject investigation of the Morgan County Whistleblower Blog (Glenda Lockhart) and subsequently Leon Bradley all began as a personal matter for Blake Robinson.

      iv. The MCSD "lied" to Inv. McGlathery of the Etowah County Sheriff's Department in order to garner their assistance in proceeding forward with the prosecution of Leon Bradley.

4. This Court is of the opinion that the MCSD, namely Ana Franklin, Blake Robinson, Robert Wilson, a/k/a "Bones" and Justin Powell, a/k/a J.P. endeavored to hide or cover up their deception and criminal actions under the color of law.

5. This Court finds that the search warrant issued on October 4, 2016, for Leon Bradley's residence, is suppressed and all evidence, property or items obtained as a result of the search of Mr. Leon Bradley's home is to be immediately returned to him.

(See **Exhibit B**, Order dated April 27, 2018)

88.    Based on all of the evidence presented, Honorable Judge Thompson ordered that the evidence obtained from the search at Straightline's office was suppressed and that all evidence, property or items obtained as a result of the search was to be immediately returned to Glenda Lockhart.

89.    Despite this Order, Defendants have failed and refused to return certain files, records and electronic devices to Plaintiffs.

## Additional Relevant Facts

90.    In or around March 2016, Priceville Partners, LLC filed bankruptcy.

91.    In or around December 2016, Franklin promoted Powell to head of the Morgan County Sheriff's Office Information Technology Department.

92.    On April 4, 2018, the Priceville Partners bankruptcy trustee filed an adversary complaint against Franklin for a variety of alleged fraudulent transfers.[4]

---

[4] See Brentzel, Chelsea. "New federal complaint accuses Morgan County Sheriff of fraud, seeks more than $50,000 to recover assets", WHNT News, March

## CAUSES OF ACTION

93.    Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

## COUNT ONE
## § 1983 ACTION UNDER FIRST AND FOURTH AMENDMENTS

94.    Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

95.    Defendants' seizure of Plaintiffs' equipment is unjustified and unlawful, and in retaliation for Lockhart's legitimate exercise of her rights to free speech, as described above.

96.    Defendants have taken action to deprive Plaintiffs of freedom of speech as guaranteed by the First Amendment of the United States Constitution, and of property as guaranteed by the Fourth Amendment of the United States Constitution, which are hereby enforced through 42 U.S.C. § 1983.

97.    In actions towards Plaintiffs as described above, Defendants acted willfully, intentionally and/or with callous or reckless indifference to Plaintiffs' rights under the First and Fourth Amendments to the United States Constitution.

98.    As a proximate result and consequence of said wrongful actions,

---

6, 2018, available at http://whnt.com/2018/03/06/new-federal-complaint-accuses-morgan-county-sheriff-of-fraud-seeks-more-than-50000-to-recover-assets/

Plaintiffs have been damaged and have suffered emotional distress.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court:

A.     Will assume jurisdiction over this action;

B.     Award compensatory damages against all Defendants in an amount the jury determines will compensate the Plaintiffs for their losses and damages suffered, as well as punitive damages against Defendants in an amount that the jury determines is adequate to punish Defendants for this wrongful conduct and to deter others from similar conduct in the future, and/or nominal damages as may be appropriate;

C.     Award attorney fees and costs of this action as authorized by Federal statute.

D.     Award Plaintiffs such other legal relief to which they may be entitled to receive.

## <u>COUNT TWO</u>
## INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

99.     Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

100.     Defendants' actions as alleged herein amount to intentional interference with Straightline's contractual relations with its customers.

101.     In actions towards Straightline as described above, Defendants acted

willfully, maliciously, fraudulently, in bad faith, beyond their respective authority, or under a mistaken interpretation of the law, to Straightline's contractual relations with its customers.

102.   As a proximate result and consequence of said wrongful actions, Straightline has been damaged.

## PRAYER FOR RELIEF

WHEREFORE, Straightline prays that this Court:

A.   Will assume jurisdiction over this action;

B.   Award compensatory damages against all Defendants in an amount the jury determines will compensate Straightline for its losses and damages suffered, as well as punitive damages against Defendants in an amount that the jury determines is adequate to punish Defendants for this wrongful conduct and to deter others from similar conduct in the future, and/or nominal damages as may be appropriate;

C.   Award Plaintiffs such other legal relief to which they are entitled to receive.

## COUNT THREE
## CIVIL CONSPIRACY UNDER ALABAMA LAW

103.   Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

104.   Defendants' actions as alleged herein were undertaken as part of a civil

conspiracy between each of the Defendants.

105.   Defendants, in combination, acted willfully, intentionally and/or with callous or reckless indifference to Plaintiffs.

106.   As a proximate result and consequence of said wrongful actions, Plaintiffs have been damaged.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court:

A.   Will assume jurisdiction over this action;

B.   Award compensatory damages against all Defendants in an amount the jury determines will compensate Straightline for its losses and damages suffered, as well as punitive damages against Defendants in an amount that the jury determines is adequate to punish Defendants for this wrongful conduct and to deter others from similar conduct in the future, and/or nominal damages as may be appropriate;

C.   Award Plaintiffs such other legal relief to which they are entitled to receive.

## COUNT FOUR
## VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. § 2511

107.   Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

108.   Defendants have intentionally intercepted and/or procured to be

39

intercepted Plaintiffs' electronic communications without Plaintiffs' knowledge, authorization, or consent in violation of 18 U.S.C. § 2511.

109.   Defendants have also intentionally used and/or procured to be used a devise to intercept the above-referenced electronic communications.

110.   An "electronic communication" is defined in § 2510(12) as any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic, photoelectronic or photooptical system that affects interstate or foreign commerce.

111.   Defendants   violated 18   U.S.C.   §   2511(1)(a) by   intentionally, collecting, gathering intercepting, endeavoring to intercept, transmit, procure, store any other person to intercept or endeavor to intercept Plaintiffs' electronic communications.

112.   Defendants violated 18 U.S.C. § 2511(1)(c) by intentionally collecting, transmitting, storing and disclosing, or endeavoring to disclose, to any other person, the contents of Plaintiffs' electronic communications, knowing or having reason to know that the information was obtained through the interception of Plaintiffs' electronic communications.

113.   Defendants violated 18 U.S.C. § 2511(1)(d) by intentionally using or endeavoring to use, the contents of Plaintiffs' electronic communications, and knowing or having reason to know that the information was obtained through the

interception of Plaintiffs' electronic communications.

114.   Plaintiffs did not consent to Defendants' interception of electronic communications. Defendants' actions were made willfully, maliciously, fraudulently, in bad faith, beyond their respective authority, or under a mistaken interpretation of the law and acting under color of state law.

115.   Defendants are directly liable for every interception which occurred using the Keylogger Software.

116.   Section 2520 of the Electronic Communications Privacy Act provides for a private cause of action and allows for declaratory and equitable relief as appropriate and statutory damages of the greater of $10,000 or $100 a day for each day of violation, actual and punitive damages, and reasonable attorney's fees and costs.

WHEREFORE, Straightline prays that this Court:

A.   Will assume jurisdiction over this action;

B.   Award statutory, actual and punitive in an amount the jury determines will compensate Straightline for its losses and damages suffered, as well as punitive damages against Defendants in an amount that the jury determines is adequate to punish Defendants for this wrongful conduct and to deter others from similar conduct in the future, and/or nominal damages as may be appropriate;

C.   Award Plaintiffs such other legal relief to which they are entitled to

41

receive.

## COUNT FIVE
## INVASION OF PRIVACY

117.   Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

118.   These Defendants, through their concerted, callous, reckless and agreed upon conduct as alleged herein, engaged in actions which constituted the intentional intrusion on the seclusion of plaintiffs' private concerns, including, but not limited to, the private occurrences, communications, engagements, and otherwise personal and private engagements, transmissions and recordings of information, whether occurring in their homes or office or in other places in which Plaintiffs and others had a reasonable expectation of privacy.

119.   Each Defendant's actions played an integral and necessary part, without which, these intrusions on seclusion and invasions of privacy could not have been committed, insofar as the Defendants intended to intrude upon Plaintiffs' seclusion by causing the Keylogger Software to be installed on Plaintiffs' computers.

120.   The private information of Plaintiffs surreptitiously obtained as referenced herein, was viewed, posted, ogled, shared, made available and displayed unnecessarily and illegally by Defendants.

121.   Defendants are liable for participation in the illegal conduct alleged

herein.

122.    The intentional, deliberate, willful and reckless intrusion on seclusion as referenced in the preceding paragraph and throughout this Complaint, did cause, and would cause, mental suffering, shame, or humiliation to persons of ordinary sensibilities, and thus, was substantial and highly offensive to reasonable persons, and thus, Plaintiffs are entitled to compensatory damages for their injuries.

123.    The intentional, deliberate, willful and reckless intrusion on seclusion as referenced herein constituted wanton, willful and malicious conduct justifying an award of punitive damages against these Defendants.

WHEREFORE, Plaintiffs pray that this Court:

A.    Will assume jurisdiction over this action;

B.    Award compensatory damages against all Defendants in an amount the jury determines will compensate Straightline for its losses and damages suffered, as well as punitive damages against Defendants in an amount that the jury determines is adequate to punish Defendants for this wrongful conduct and to deter others from similar conduct in the future, and/or nominal damages as may be appropriate;

C.    Award Plaintiffs such other legal relief to which they are entitled to receive.

## **COUNT SIX**
## **SLANDER PER SE**

124.      Plaintiffs incorporate the foregoing allegations as if fully set forth herein.

125.   The allegations made by Defendant Franklin, acting individually, were and are false, defamatory, malicious or so reckless as to constitute maliciousness, were intended to embarrass, humiliate and inflict emotional distress upon Plaintiff Lockhart, and have slandered her good name and reputation by spreading false rumors and impressions among the public about Lockhart, as described above.

126.   As a result of the defamatory statements published by Defendant Franklin, Lockhart's good name and reputation have been tarnished.

127.   Lockhart has demanded a full retraction of the defamatory and slanderous per se allegations made by Franklin, but such retraction has not been made. This third amended complaint is filed more than five (5) days after Lockhart's written demand for retraction.

128.   WHEREFORE, premises considered, Lockhart demands judgment against Franklin, for compensatory, consequential and punitive damages in an amount to be determined by a jury, plus interest, costs, attorney's fees and all other relief to which Lockhart may lawfully be entitled.

## <u>JURY DEMAND</u>

**PLAINTIFFS DEMAND A TRIAL BY JURY FOR THE TRIAL OF THIS CAUSE.**


Respectfully submitted,


  /s/ Brandy M. Lee
Brandy M. Lee


  /s/ Brice M. Johnston
Brice M. Johnston

Counsel for Plaintiff



OF COUNSEL:

**Lee Law Firm, LLC**
403 Ninth Avenue
Jasper 35501
Phone: (205) 328-9445
Fax: (800) 856-9028

**Johnston Law Firm, P.C.**
2100 First Avenue North
Suite 600
Birmingham, Alabama 35203
Phone: (205) 328-9445
Fax: (800) 856-9028

## CERTIFICATE OF SERVICE

I certify that on May 4, 2018, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

J. Randall McNeill

Barnes F. Lovelace

Additionally, the undersigned will serve the foregoing on Justin Powell via certified mail at the following address:

Justin Powell
Morgan County Sheriff's Office
10001 Main Street
Somerville, AL 35670

/s/ Brice M. Johnston
OF COUNSEL

# Exhibit A

HARRIS, CADDELL & SHANKS, P.C.

ATTORNEYS AT LAW

P. O. BOX 2688

**DECATUR, ALABAMA 35602-2688**

www.harriscaddell.com

JULIAN HARRIS (1904-1994)
NORMAN W. HARRIS (1907-1998)
PHILIP T. SHANKS, JR. (1911-2002)
JOHN A. CADDELL (1910-2006)
JON H. MOORES (1933-2009)
ROBERT H. HARRIS (1930-2012)
THOMAS A. CADDELL
WILLIAM E. SHINN, JR.
GARY A. PHILLIPS
DOW M. PERRY, JR.
BARNES F. LOVELACE, JR.
JEFFREY S. BROWN
DAVID W. LANGSTON
PHIL D. MITCHELL*
STEPHEN F. BROWN
ZACHARY H. STARNES

214 JOHNSTON STREET, S.E. 35601
TELEPHONE (256) 340-8000
TELECOPIER (256) 340-8040
e-mail: hcs@harriscaddell.com

*REGISTERED MEDIATOR

RETIRED
CHARLES L. MURPHREE

January 19, 2017

Writer's Direct No. (256)340-8043
E-Mail: blovelace@harriscaddell.com

Ms. Brandy M. Lee
Lee Law Firm, LLC
403 Ninth Avenue
Jasper, Alabama 35501

Mr. Brice M. Johnston
Johnston Law Firm, P.C.
2100 First Avenue North
Suite 600
Birmingham, Alabama 35203

Re:   Glenda Lockhart - Morgan County Whistleblower

Dear Brandy and Brice:

This letter does not concern the pending federal court case which has been stayed. I am writing this letter to you on behalf of Ana Franklin in her individual capacity. Yesterday Mrs. Lockhart on her blog known as the Morgan County Whistleblower published several checks from Ms. Franklin's underline personal private banking account at Peoples Bank, including disclosing Ms. Franklin's bank account number for that account. A copy of what was posted on the blog is attached. Those checks were obtained and disclosed illegally and without authorization. A criminal investigation has been initiated to determine who illegally obtained copies of these checks and furnished them to Mrs. Lockhart. The criminal investigation will include whether any other persons were involved in a conspiracy to illegally copy and remove those checks from their location.

The above referenced bank account is a personal private account under Ms. Franklin's personal social security number. Alabama law clearly recognizes that this account is a personal account and is not a public account. Please see Section 36-22-17, *Code of Alabama* (1975) and Opinion No. 2008-016 dated March 17, 2008 by the Attorney General of the State of Alabama. Also please see attached letter dated January 18, 2017 to Sheriff Franklin from Bobby Timmons, the longtime Executive Director of the Alabama Sheriff's Association.

Page Two
January 19, 2017

The Alabama Supreme Court in the case of <u>Johnson v. Stewart,</u> 854 So. 544 (Ala. 2002), recognized that a wrongful-intrusion under the branch of the invasion of privacy cause of action may occur as a result of an investigation into the plaintiff's private concerns, such as by examining and disclosing a private bank account. Likewise, see Restatement (Second) of Torts §652B (1977) which defines and explains the invasion of privacy tort and Comment b to Restatement § 652B which states that a wrongful invasion may be by some other form of investigation or examination into a person's private concerns such as by examining and disclosing someone's private bank account, etc.

There is ample legal authority that the disclosure of information from someone's personal private bank account is actionable as a civil cause of action and also could subject the person who wrongfully obtained and disclosed such information to criminal prosecution.

On behalf of Ana Franklin, we demand that Mrs. Lockhart immediately remove from the Morgan County Whistleblower blog copies of the above checks and any related information concerning Ms. Franklin's personal private banking account at Peoples Bank. We also demand that Mrs. Lockhart retract any disclosure by any other means of these checks and information done by her or others, including Rick Sherman.

Yours very truly,

HARRIS, CADDELL & SHANKS, P.C.

Barnes F. Lovelace, Jr.

BFLjr/vj
Enclosures
cc:   Ms. Ana Franklin

Wednesday, January 18, 2017

## Corrected - Franklin Writes Checks on The Inmate Food Funds - The Beginning of The End

We received the following information from an anonymous source. We will try to walk you through the
pictures of the checks and deposit slips step by step to assist you in understanding how Franklin
transferred funds from the Inmate Food Fund to invest in Priceville Partners LLC. Please scroll down the
blog to view all three exhibits.

Exhibit #1 is the Counter Checks that Ana Woodard Franklin wrote on the Inmate Food Fund Account.
The first two checks were for Cashiers Checks as is reflected on the checks in the bottom left hand
corner. The 3rd check is a actual MCSO check written on the Inmate Food Account.



The 3rd check is an actual check written on the Inmate Food Checking Account. The accounty number is
70022933

Exhibit # 2 is the cashiers check for $150,000.00 payable to Ana Woodard Franklin. The second page
reflects Franklin's endorsement over to Priceville Partners LLC.



Exhibit # 3 is the deposit slip dated June 8, 2015 when the check was deposited by Priceville Partners LLC



Account:6240031488 Amount:$154,135.00
Date:06/08/2015 Debit/Credit:C Sequence:

These checks and deposit slip are proof that Sheriff Ana Woodard Franklin used Inmate Food Funds to
invest in Priceville Partners LLC aka Performance Auto Sales aka Title Marts for her own personal gain .

Posted by MorganCountyWhistle Blower at January 18, 2017



**Robert D. "Bobby" Timmons**
*Executive Director*
SINCE APRIL 1, 1975

**Former Member**
*Alabama House of Representatives*
*1970 – 1974*

*514 Washington Avenue    •    Montgomery, Alabama 36104-4385*
*Office (334) 264-7827  •   Office (800) 622-7827  •   Fax (334) 269-5588*

January 18, 2017

Sheriff Ana Franklin                                        **VIA EMAIL: Ana.Franklin@morgancoso.com**
Morgan County Sheriff's Office
119 Lee Street NE
Decatur, AL 35601

Sheriff Franklin:

The Code of Alabama, 1975, Section 14-6-40, states the sheriff of the county shall feed the prisoners in
the jail under his/her jurisdiction. Section 14-6-42 sets the amount per capita paid by the state.

Section 36-22-17 addresses the disposition of money received by the sheriffs:

> *"…excluding the allowances and amounts received for feeding prisoners, which the various
> sheriffs of the various counties shall be entitled to keep and retain, except in those instances
> where the county commission directs such allowances and amounts to be paid into the
> general fund of the county by proper resolution passed by said county commission of said
> county, shall be collected and paid into the general fund of the county."*

In Attorney General Opinion 2008-062 (copy attached), the synopsis states, "The sheriff may retain any
surplus from the food service allowance as personal income."

If you have further questions, please let me know.

Sincerely,

Robert D. "Bobby" Timmons
Executive Director

*RDT/swh*

*"No Sheriff Shall Stand Alone."*
*"Coming together is a beginning; keeping together is progress; working together is success." - Henry Ford*



Brice Johnston <brice@johnstonfirmpc.com>

---

## RE: Glenda Lockhart - Morgan County Whistleblower blog
1 message

---

**Barney Lovelace** <blovelace@harriscaddell.com>          Thu, Jan 19, 2017 at 5:23 PM
To: Brice Johnston <brice@johnstonfirmpc.com>
Cc: Brandy Lee <brandy@leelawfirmllc.com>, Ginnie Jackson <gejackson@harriscaddell.com>

Brice:


Yes, it is settled law that the Jail Food Account maintained by a Sheriff in Alabama is considered their personal account as stated in the authorities cited in my letter (statute and AG's Opinion). The subject account is a personal, not business account, and the Bank uses Ms. Franklin's personal social security number for that account and not a tax ID number for the County or Sheriff's Office. The subject checks were kept at the Sheriff's Office so someone illegally copied them and furnished them to at least Mrs. Lockhart. That is a criminal act just as if someone went in your office, looked into a filing cabinet, took out a folder with your personal bank account statements, copied them and then posted that on the internet. This is a <u>very</u> serious matter, possibly (most likely) involving the commission of federal crimes.


Barney

---

**From:** Brice Johnston [mailto:brice@johnstonfirmpc.com]
**Sent:** Thursday, January 19, 2017 4:47 PM
**To:** Barney Lovelace <blovelace@harriscaddell.com>
**Cc:** Brandy Lee <brandy@leelawfirmllc.com>; Ginnie Jackson <gejackson@harriscaddell.com>
**Subject:** Re: Glenda Lockhart - Morgan County Whistleblower blog


Barney,

We are in receipt of your letter. Brandy is out of town this week, but I will get in touch with our client and advise her of your letter. In my review of the checks included with the letter, however, it appears that the account number that you state is Ms. Franklin's account number perfectly matches the account number listed on the Morgan County Sheriff's Office Food Account check as its account number. Are you saying that the Food Account was also her personal account? I need some clarification to help resolve this.


Please advise.


Thanks,

Brice


On Thu, Jan 19, 2017 at 3:38 PM, Barney Lovelace <blovelace@harriscaddell.com> wrote:

> Brandy and Brice:
>
>
> Please see attached letter.
>
>
> Barney
>
>
> Barnes F. Lovelace, Jr.
>
> Harris, Caddell & Shanks, P.C.
>
> P. O. Box 2688 (35602)
>
> 214 Johnston Street, SE (35601)
>
> Decatur, Alabama
>
> 256.340.8043 (phone)
>
> 256.340.8039 (fax)

blovelace@harriscaddell.com (e-mail address)


"CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGE; ATTORNEY WORK PRODUCT"

The information contained in this email/fax is confidential; it is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or use of this information is strictly prohibited. If you have received this communication in error, please contact us immediately at the telephone number or e-mail address set forth above and destroy all copies of the original message. Although this email/fax is believed to be free of any virus or other defect that might affect any computer system in which it is received, it is the responsibility of the recipient to ensure that it is virus free; Harris, Caddell & Shanks, P.C., accepts no responsibility for any loss or damage arising in any way from its use.




--

Brice M. Johnston
Johnston Law Firm, P.C. | Red Mountain Law Group
The Landmark Center, Suite 600
2100 First Avenue North
Birmingham, Alabama 35203

509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
Phone: (205) 328-9445 | (205) 332-3671 (direct)
Fax: (800) 856-9028
E-mail: brice@johnstonfirmpc.com
www.redmountainlawgroup.com

CONFIDENTIALITY NOTICE - This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

---

**Total Control Panel**                                                                              Login

To: blovelace@harriscaddell.com          Message Score: 50                    High (60): **Pass**

From: brice@johnstonfirmpc.com           My Spam Blocking Level: High         Medium (75): **Pass**

Low (90): Pass

Block this sender

Block johnstonfirmpc.com

*This message was delivered because the content filter score did not exceed your filter level.*

# Exhibit B



AlaFile E-Notice

52-DC-2017-001988.00

Judge: JUDGE GLENN THOMPSON

To:   HEATHERLY NICKOLAS ROWLAN
nick032110@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE  COURT OF MORGAN COUNTY, ALABAMA

STATE OF ALABAMA V. BRADLEY LEON WILBUR
52-DC-2017-001988.00

The following matter was FILED on 4/27/2018 2:39:30 PM

Notice Date:      4/27/2018 2:39:30 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4640
chris.priest@alacourt.gov

ELECTRONICALLY FILED
4/27/2018 2:39 PM
52-DC-2017-001988.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

### IN THE DISTRICT COURT OF MORGAN COUNTY, ALABAMA

STATE OF ALABAMA,

        PLAINTIFF,

*vs.*

LEON BRADLEY,

        DEFENDANT.

CASE NO.: DC17-1988

### ORDER

This cause comes before the Court on the Defendant's Motion To Dismiss, Suppress and Return Property filed on January 30, 2018, in the above-styled action. The parties appeared before the Court for an evidentiary hearing and the Court over the course of two (2) days heard the testimony from eleven (11) witnesses and viewed exhibits admitted during the course of the hearing. After careful consideration of the testimony, evidence received, arguments of counsel and the applicable law, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. This Court finds that Ana Franklin and Blake Robinson of the Morgan County Sherriff's Department (MCSD) deliberately misled this Court for the purposes of obtaining search warrants for Leon Bradley's residence and Glenda Lockhart's business known as Straight Line Drywall.

2. The Court finds the following specific facts were intentionally withheld from this Court at the time the search warrants at issue were requested:

    i. That the confidential informant, Daniel Lockhart, was a paid agent of the MCSD.

    ii. That the MCSD made threats of incarceration to Daniel Lockhart in order to secure the level of cooperation from him sought by the MCSD in order for their investigation to proceed forward.

iii. That the MCSD instructed the confidential informant to unlawfully enter the business Straight Line Drywall owned by Glenda Lockhart, to access and remove files and/or documents from her business for purposes of providing the documents and information to the MCSD. Further, the confidential informant was instructed to enter Straight Line Drywall in order to obtain passwords and unlawfully access computers and email accounts for the purposes of forwarding said information to the MCSD.

iv. That the MCSD provided their confidential informant with a keylogger/keystroke software program to be unlawfully installed on the computers at Straight Line Drywall.

v. On or about September 30, 2016, while the confidential informant was gathering documents, information and accessing computers pursuant to the request of the MCSD, Blake Robinson was maintaining a "perimeter" in the immediate vicinity of Straight Line Drywall for the purposes of alerting the confidential informant of the business owner's approach or return to her office.

vi. That the MCSD threatened to arrest the confidential informant in the event he disclosed to anyone that he was working as their informant.

3. The Court further finds the following pertinent specific facts elicited from witnesses at the hearing are relevant to this Order:

i. That the MCSD "shopped" or sought assistance with the prosecution of both Leon Bradley and Glenda Lockhart from multiple agencies which include but are not limited to the Morgan County District Attorney's office, Madison County Sheriff's Department, Limestone County Sheriff's Department, Alabama Law Enforcement Agency (ALEA). Each agency mentioned above declined to assist the Morgan County Sheriff's Department relative to the prosecution of Leon Bradley and Glenda Lockhart.

ii. That prior to the issuance of the search warrants, Ana Franklin met with an investigator from Madison County Sheriff's Department for purposes of seeking their assistance in the prosecution of Leon Bradley and Glenda Lockhart. During this meeting, Ana Franklin acknowledged that she knew

about the keylogger or keystroke program and further indicated that she was awaiting information to be provided by the keylogger or keystroke program.

iii.   That "informally" the subject investigation of the Morgan County Whistleblower Blog (Glenda Lockhart) and subsequently Leon Bradley all began as a personal matter for Blake Robinson.

iv.   The MCSD "lied" to Inv. McGlathery of the Etowah County Sheriff's Department in order to garner their assistance in proceeding forward with the prosecution of Leon Bradley.

4.   This Court is of the opinion that the MCSD, namely Ana Franklin, Blake Robinson, Robert Wilson, a/k/a "Bones" and Justin Powell, a/k/a J.P. endeavored to hide or cover up their deception and criminal actions under the color of law.

5.   This Court finds that the search warrant issued on October 4, 2016, for Leon Bradley's residence, is suppressed and all evidence, property or items obtained as a result of the search of Mr. Leon Bradley's home is to be immediately returned to him. Furthermore, copies or duplicates made of the illegally obtained evidence from the search of Leon Bradley's Residence are to be immediately destroyed or returned to Mr. Bradley.

6.   This Court finds that the search warrant issued on October 5, 2016, for Straight Line Drywall owned by Glenda Lockhart is suppressed and all evidence, property or items obtained as a result of the search of Straight Line Drywall is to be immediately returned to Mrs. Lockhart. Furthermore, copies or duplicates made of the illegally obtained evidence from the search of Straight Line Drywall are to be immediately destroyed or returned to Mrs. Lockhart.

7.   Further, the Court finds that this action is due to be dismissed with prejudice.

8.   The State's Motion to Nolle *Prosequi* filed on March 9, 2018 is rendered moot.

DONE and ORDERED this the 27th day of April, 2018.

GLENN E. THOMPSON
CIRCUIT JUDGE
Case No. 52-DC-2017-1988