IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **GLENDA LOCKHART, et al.,** )  )  Plaintiffs, )  ) vs. ) )  **ANA FRANKLIN, et al.,** ) ) Defendants. ) | **CIVIL ACTION NO.:** **5:16-cv-1699-MHH** **JURY TRIAL DEMANDED** |

## RESPONSE TO WILSON AND ROBINSON'S MOTION TO DISMISS THIRD AMENDED COMPLAINT

COME NOW, the Plaintiffs, Glenda Lockhart and Straightline Drywall and Acoustical, LLC, by and through their undersigned attorneys of record, and hereby responds to Robert Wilson and Blake Robinson's "Partial Motion to Dismiss" the state law claims (Counts Two, Three, Five, and Six) of Plaintiffs' Third Amended Complaint. (Doc. 107) In support thereof, Plaintiffs state and show as follows:

1.  Deputy Sherriff Robert Wilson ("Wilson") and Blake Robinson ("Robinson") assert that they are absolutely immune from liability by virtue of their positions as deputy sheriffs.

2.  What is glaringly absent from their Partial Motion to Dismiss is well-established Alabama law extending such immunity only "whenever the acts that are the basis of the alleged liability were performed within the course and scope of the officer's employment." *Ex parte Davis*, 930 So.2d 497, 500–01 (Ala.2005).

3. "The key question, then, is whether Defendants were acting in the course and scope of their employment." *Cooper v. Smith*, 2013 WL 252382 *at 2 (M.D.Ala.2013).

4. In their Motion to Dismiss, Wilson and Robinson fail to even assert that they were in fact on duty or performing tasks falling within the line and scope of their duties.

5. Plaintiffs assert that Wilson and Robinson's actions fell outside the line and scope of their duties as sheriff deputies. Their "criminal" actions in obtaining and executing a search warrant, which were outlined by Judge Thompson in his Order dated April 27, 2018, and their actions in causing property owned by Plaintiffs to be destroyed and/or damaged, were not within the line and scope of their duties as deputy sheriffs. These actions form the basis of Plaintiffs' invasion of privacy, intentional interference with contractual relations, and civil conspiracy claims. (See Third Amended Complaint, Doc. 79, ¶ 82, 87)

6. Because Wilson and Robinson offer "no legitimate explanation for their actions", *Cooper*, at 2, state immunity should not shield them from liability in this case.

WHEREFORE, premises considered, the Plaintiffs respectfully request the Court to deny Robert Wilson and Blake Robinson's Partial Motion to Dismiss.

Respectfully submitted,

/s/ Brandy M. Lee
Brandy M. Lee


/s/ Brice M. Johnston
Brice M. Johnston

Counsel for Plaintiffs

OF COUNSEL:

Lee Law Firm, LLC
403 Ninth Avenue
Jasper 35501
Phone: (205) 328-9445
Fax: (800) 856-9028

Johnston Law Firm, P.C.
2100 First Avenue North
Suite 600
Birmingham, Alabama 35203
Phone: (205) 328-9445
Fax: (800) 856-9028

CERTIFICATE OF SERVICE

I certify that on November 14, 2018, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

Bill Gray

John David Gray

Robert Spence

Rick Howard

April McKay

Kenneth Murray

Mark Dukes

Stewart Howard

/s/ Brandy M. Lee
OF COUNSEL